# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>KVP, LP, et al.,<br><br>    Defendant(s). | Case No. 2:23-cv-01308-JCM-EJY<br><br>**Order**<br><br>[Docket No. 19] |

Pending before the Court is a stipulation to continue the early neutral evaluation to April 2024. Docket No. 19. The stipulation indicates without elaboration that "Plaintiff has a scheduling conflict" with the current date set for the early neutral evaluation. *Id.* at 2. Given that Plaintiff is a governmental agency represented by numerous attorneys, more explanation is required as to the nature of this scheduling conflict. Moreover, the early neutral evaluation must be held not later than 90 days after the first responding party appears in the case unless good cause is shown. Local Rule 16-6(d). The stipulation fails to show good cause to hold the early neutral evaluation beyond that timeframe. *See* Docket No. 19. Accordingly, the stipulation is **DENIED** without prejudice. Any renewed stipulation must be filed by January 17, 2024.

IT IS SO ORDERED.

Dated: January 10, 2024

                                                      Nancy J. Koppe
                                                    United States Magistrate Judge