# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Plaintiff(s),<br><br>v.<br><br>KVP, LP, et al.,<br><br>        Defendant(s). | Case No. 2:23-cv-01308-JCM-EJY<br><br>**Order**<br><br>[Docket No. 21] |

Pending before the Court is a stipulation to continue the early neutral evaluation to March 2024. Docket No. 21. The stipulation fails to elaborate on why a two-week delay provides any meaningful difference in terms of the ability to prepare for the early neutral evaluation or to investigate the claims. *See id.* at 2. As a courtesy to the parties, however, the Court will **GRANT** the stipulation. Accordingly, the early neutral evaluation is hereby **RESET** for 10:00 a.m. on March 11, 2024. Evaluation statements must be submitted by 3:00 p.m. on March 4, 2024.

IT IS SO ORDERED.

Dated: January 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1