# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff(s),<br><br>v.<br><br>KVP, LP, et al.,<br><br>Defendant(s). | Case No. 2:23-cv-01308-JCM-EJY<br><br>**Order** |

Due to conflicting duties of the Court, the early neutral evaluation is hereby **CONTINUED** to 10:30 a.m. on March 12, 2024.  Evaluation statements must be submitted by 3:00 p.m. on March 5, 2024.

IT IS SO ORDERED.

Dated: February 26, 2024

_____
Nancy J. Koppe
United States Magistrate Judge