MICHAEL D. BRUNO, ESQ.
(*Admitted Pro Hac Vice*)
MICHAEL A. LAURENSON, ESQ.
(*Admitted Pro Hac Vice*)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail:  mbruno@grsm.com
          mlaurenson@grsm.com
          dwrenn@grsm.com

*Attorneys for Defendants,*
*KVP, LP and KRM, INC. dba*
*THOMAS KELLER RESTAURANT GROUP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> KVP, LP dba BOUCHON RESTAURANT; KRM, INC. dba THOMAS KELLER RESTAURANT GROUP;  DOES 1-10, inclusive; <br><br> Defendants. | Case No.:  2:23-CV-01308-JCM-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS KVP, LP AND KRM, INC. TO FILE OPPOSITION TO MOTION TO COMPEL** |

Pursuant to LR 7-1 and LR IA 6-1, Defendants KVP, LP dba Bouchon Restaurant ("Bouchon") and KRM, Inc. dba Thomas Keller Restaurant Group ("KRM") (collectively "Defendants"), by and through their attorneys, Michael D. Bruno, Esq., Michael A. Laurenson, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP and Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") by and through its attorneys hereby stipulate and agree as follows:

1.      EEOC filed a Motion to Compel Defendants' Further Responses pursuant to Local Rule 26-6 ("Motion to Compel") on November 19, 2024 [ECF No. 33].

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

2.    Defendants' Opposition to Motion to Compel is currently due on December 3, 2024.

3.    Defendants request additional time to file their Opposition December 10, 2024.

4.    EEOC does not oppose Defendants' requested extension.

5.    Accordingly, Defendants will file their Opposition to Motion to Compel on December 10, 2024.

6.    This request for extension is made in good faith and is not sought for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED this <u>3rd</u> day of December 2024.    DATED this <u>3rd</u> day of December 2024.

**GORDON REES SCULLY**              **U.S. EQUAL EMPLOYMENT**
**MANSUKHANI**                       **OPPORTUNITY COMMISSION**

*/s/ Dione C. Wrenn*                 */s/ Andrea E. Ringer*
MICHAEL D. BRUNO, ESQ.              Anna Y. Park, SBN 164242
(*Admitted Pro Hac Vice*)           Nakkisa Akhavan, SBN 286260
MICHAEL A. LAURENSON, ESQ.         Andrea Ringer, CA SBN 307315
(*Admitted Pro Hac Vice*)           Dayana R. Pelayo, CA SBN 308705
DIONE C. WRENN, ESQ.               255 East Temple Street, Fourth Floor
Nevada Bar No. 13285               Los Angeles, CA 90012
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101            Oscar Peralta, NV SBN 13559
                                    333 Las Vegas Blvd. South, Suite 5560
*Attorneys for Defendants,*         Las Vegas, NV 89101
*KVP, LP and KRM, INC. dba*         *Attorneys for Plaintiff,*
*THOMAS KELLER RESTAURANT*          *U.S. EQUAL EMPLOYMENT*
*GROUP*                             *OPPORTUNITY COMMISSION*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:  December 3, 2024**

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101