MICHAEL D. BRUNO, ESQ.
(*Admitted Pro Hac Vice*)
MICHAEL A. LAURENSON, ESQ.
(*Admitted Pro Hac Vice*)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
**GORDON REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858
E-Mail: mbruno@grsm.com
        mlaurenson@grsm.com
        dwrenn@grsm.com

*Attorneys for Defendants,*
*KVP, LP and KRM, INC. dba*
*THOMAS KELLER RESTAURANT GROUP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KVP, LP dba BOUCHON RESTAURANT; KRM, INC. dba THOMAS KELLER RESTAURANT GROUP;  DOES 1-10, inclusive;<br><br>Defendants. | Case No.:  2:23-CV-01308-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS KVP, LP AND KRM, INC. TO FILE OPPOSITION TO MOTION TO COMPEL**<br><br>*(Second Request)* |

Pursuant to LR 7-1 and LR IA 6-1, Defendants KVP, LP dba Bouchon Restaurant ("Bouchon") and KRM, Inc. dba Thomas Keller Restaurant Group ("KRM") (collectively "Defendants"), by and through their attorneys, Michael D. Bruno, Esq., Michael A. Laurenson, Esq. and Dione C. Wrenn, Esq. of the law firm of Gordon Rees Scully Mansukhani LLP and Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") by and through its attorneys hereby stipulate and agree as follows:

1. EEOC filed a Motion to Compel Defendants' Further Responses pursuant to Local Rule 26-6 ("Motion to Compel") on November 19, 2024 [ECF No. 33].

2. Defendants' Opposition to Motion to Compel was originally due on December 3, 2024.

3. Defendants requested additional time to file their Opposition on December 10, 2024.

4. Defendants now request three (3) additional days to file their Opposition. The new deadline will be December 13, 2024.

5. EEOC does not oppose Defendants' requested extension.

6. Accordingly, Defendants will file their Opposition to Motion to Compel on December 13, 2024.

7. This request for extension is made in good faith and is not sought for any improper purpose or delay.

**IT IS SO STIPULATED.**

DATED this 10th day of December 2024.

**GORDON REES SCULLY MANSUKHANI**

*/s/ Dione C. Wrenn*
MICHAEL D. BRUNO, ESQ.
(*Admitted Pro Hac Vice*)
MICHAEL A. LAURENSON, ESQ.
(*Admitted Pro Hac Vice*)
DIONE C. WRENN, ESQ.
Nevada Bar No. 13285
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Defendants,*
*KVP, LP and KRM, INC. dba*
*THOMAS KELLER RESTAURANT*
*GROUP*

DATED this 10th day of December 2024.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

*/s/ Dayana R. Pelayo*
Anna Y. Park, SBN 164242
Nakkisa Akhavan, SBN 286260
Andrea Ringer, CA SBN 307315
Dayana R. Pelayo, CA SBN 308705
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012

Oscar Peralta, NV SBN 13559
333 Las Vegas Blvd. South, Suite 5560
Las Vegas, NV 89101

*Attorneys for Plaintiff,*
*U.S. EQUAL EMPLOYMENT*
*OPPORTUNITY COMMISSION*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** December 10, 2024